UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LIPSEY, | ) No. CV 13-08074-GHK (VBK) |
|  Petitioner, | ) JUDGMENT |
| v. | ) |
| RON BARNES, | ) |
|  Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: November 14, 2013

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE